UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY L. BALTIMORE,

                    Plaintiff,

               *– against –*

THE STATE OF NEW YORK, THE DISTRICT
ATTORNEY'S OFFICE OF NEW YORK
COUNTY, JUDGE ELLEN BIBEN, *in her official
and individual capacities*, JUDGE LAURA
TAYLOR SWAIN *in her official and individual
capacities, and* JUDGE LOUIS L. STANTON, *in his
official and individual capacities*,

                    Defendants.

**ORDER**

25-cv-5887 (ER)

RAMOS, D.J.:

       Tracy Baltimore, proceeding *pro se*, brought this action on July 17, 2025, pursuant to 42 U.S.C. § 1983, seeking an "emergency ruling" for the release of her adult son, Lamar Davenport, who is incarcerated, and alleging that Defendants engaged in judicial misconduct in violation of the U.S. Constitution.  Doc. 1.  On October 10, 2025, in a telephonic conference, defendant New York County District Attorney's Office (the "NYC DA") was granted leave to file a motion to dismiss with the following schedule:  motion due November 7, 2025, opposition due December 5, 2025; and reply due December 19, 2025.  *See* Docket Entry October 10, 2025.  On November 7, 2025, the NYC DA's Office filed a motion to dismiss.  Doc. 21.  Baltimore missed the December 5, 2025, deadline, and has yet to file her opposition to the motion.

       Baltimore is directed to file an opposition to the NYC DA's Office's motion by February 2, 2026.  If Baltimore files an opposition, the NYC DA's Office's deadline to reply will be

February 16, 2026.  If Baltimore fails to file an opposition by February 2, 2026, the Court will

consider the NYC DA's Office's motion to dismiss fully briefed.

SO ORDERED.

Dated:    January 12, 2026
          New York, New York

_____

Edgardo Ramos, U.S.D.J.